UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STEVEN B. ROTHSCHILD,

                    Plaintiff

-against-

ARCADIA RECOVERY BUREAU, LLC,

                    Defendant
-----------------------------------------------------------------x

Docket No: 17-cv-721 VB

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 5-11-17

### [PROPOSED] JUDGMENT

Defendant, ARCADIA RECOVERY BUREAU, LLC, having offered judgment against itself pursuant to FRCP 68 in the sum of $1001 plus costs and attorney fees in an amount to be set by the court, and Plaintiff, STEVEN B. ROTHSCHILD, having accepted said offer of judgement; it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant the principal amount of $1001 together with costs and attorney fees in an amount to be set by the court.

So Ordered
~~By the Court~~

_____
U.S.D.J.

DATED: May 11, 2017