UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

STEVEN B. ROTHSCHILD,                                    Docket No: 17-cv-721 VB

                        Plaintiff

-against-                                                                **NOTICE OF MOTION FOR**

                                                                                       **ATTORNEY FEES AND COSTS**

ARCADIA RECOVERY BUREAU, LLC,

                        Defendant

-------------------------------------------------------------------x

Pursuant to the terms of an Offer of Judgment made by Defendant, Arcadia Recovery Bureau, LLC, ("Defendant") and accepted by Plaintiff, Steven B. Rothschild, ("Plaintiff"), in the sum of $1001.00 plus costs and attorney fees in an amount to be set by the court. Plaintiff submits this motion for an Award of Attorney's Fees and Costs as provided under 15 U.S.C. § 1692k.

In support of his application for an award of attorney's fees and costs, Plaintiff attaches the following:

    A. Declaration of Jacob P. Rothschild including the following exhibits attached:

        a. Exhibit 1: Time Sheet for Jacob P. Rothschild, Esq.

        b. Exhibit 2: Cost Sheet

        c. Exhibit 3: Laffey Matrix

    B. Memorandum of Law in support of award of attorney's fees and costs.

Plaintiff's attorney fees and costs are summarized below:

|                      | Hours | Rate | Total       |
|----------------------|-------|------|-------------|
| Jacob P. Rothschild  | 45.60 | $300 | $13,680.00  |

| | |
|---|---|
| Costs: | $470.00 |
| Total: | $14,150.00 |

As the attached declaration of counsel and his time records demonstrate, Plaintiff's counsel provided effective and professional representation that resulted in a fair and equitable recovery. Plaintiff's counsel does not seek compensation for unnecessary work, nor does counsel seek compensation for unreasonable time spent on the tasks performed.

Dated: Spring Valley, New York
May 26, 2017

Respectfully submitted,

By: /s/ Jacob P. Rothschild
JACOB P. ROTHSCHILD, ESQ.
747 Chestnut Ridge Road
Suite 200
Spring Valley, New York 10977
Tel: (845) 288-2817
J.Rothschild@yahoo.com

*Attorneys for Plaintiff*