# JACOB P. ROTHSCHILD, ESQ.
747 CHESTNUT RIDGE ROAD
SUITE 200
SPRING VALLEY, NY 10977
P: 845-288-2817
E: J.Rothschild@yahoo.com

June 9, 2017

**VIA ECF**
The Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

  Re*:*  ***Rothschild v. Arcadia Recovery Bureau, LLC,*** **No. 7:17-cv-721-VB**

Dear Judge Briccetti:

I am counsel for Plaintiff, Steven B. Rothschild. On May 26, 2017, Plaintiff filed in the above referenced action, a Motion for Attorney Fees and Costs. On June 8, 2017, Defendant filed a Memorandum of Law in Opposition to Plaintiff's Motion.

During a phone conversation with Defendant to discuss possible settlement, the parties consented to delay Plaintiff's reply until July 6, 2017, because Defendant's counsel will be out of the country and the parties would like to pursue a settlement.

Therefore, in accordance with paragraph 1(f) of Your Honor's rules, we are requesting that the court set the following briefing schedule for the motion:

Plaintiff's Reply/Submission Date     –    July 6, 2017

Should these dates be acceptable please endorse this letter at your convenience.

Thank you for your time and attention to the above request.

                 Respectfully submitted,

                 /s/ Jacob P. Rothschild
                 Jacob P. Rothschild