UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

STEVEN B. ROTHSCHILD,

                          Plaintiff,       17-cv-721 VB

      - against -             **<u>SATISFACTION OF JUDGMENT</u>**

ARCADIA RECOVERY BUREAU, LLC

                          Defendant.
------------------------------------------------x

      WHEREAS, a judgment was entered in the above action on the 19th day of December, 2017 in favor of Plaintiff, Steven B. Rothschild, and against Defendant, Arcadia Recovery Bureau, LLC, in the amount of $6,450.00 and costs in the amount of $470.00 and said judgment with costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Spring Valley, New York
       March 12, 2018

                                        By: _/s/ Jacob Roth_____
                                        JACOB P. ROTHSCHILD, ESQ.
                                        747 Chestnut Ridge Road
                                        Suite 200
                                        Spring Valley, NY 10977
                                        Tel: (845) 288-2817
                                        j.rothschild@yahoo.com

                                        *Attorneys for Plaintiff*

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF ROCKLAND     )

On the 12th day of March, 2018 before me personally came JACOB P. ROTHSCHILD, ESQ. to me known attorneys for Steven B. Rothschild in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

JOSEPH B. ROTHSCHILD
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02RO6314016
Qualified in Rockland County
Commission Expires Nov. 3, 2018